Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of NUNZIO SANTACROCE, Respondent, for Compensation under the Workmen's Compensation Law, v. THE SAG HARBOR BRICK WORKS, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by GEORGE P. SMITH, Respondent, v. GEORGE W. WASHBURN & Co., Employer, and EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LIMITED, Insurance Carrier, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of MARY HAYES, Respondent, for Compensation Arising Out of the Death of SAMUEL HAYES, Deceased, v. MARKS LISSBERGER & SON, INC., Employer, and STANDARD ACCIDENT INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of TERESA L. NOLAN, Widow of JOHN J. NOLAN, Deceased, on Behalf of Herself, Respondent, for Compensation under the Workmen's Compensation Law, v. JOHN R. WOODS, Employer, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LIMITED, Insurance Carrier, Appellants.— Award unanimously affirmed, with costs.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of BERTHA M. KELLEY, Widow, Respondent, for Compensation for Herself for the Death of JAMES KELLEY, Deceased, v. STATES METALS COMPANY, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation Made by KATIE ASTMAN, as Widow of EUGENE ASTMAN, Deceased, Respondent, v. ADAM WACKENHUT, Employer, and GENERAL ACCIDENT, FIRE AND LIFE ASSURANCE CORPORATION, LIMITED, Insurance Carrier, Appellants.— Award unanimously affirmed.